UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                  Civil Action No. 1:13-cv-00671-JMS-MJD

CARMEN SAVAGE,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC and Defendant Carmen Savage, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Carmen Savage respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Carmen Savage's claims against each other, with each party to bear its own attorneys' fees and costs.

                                                   Respectfully submitted,

| | |
|---|---|
| */s/ Paul J. Nicoletti* | /s/ *John Michael Bradshaw* |
| Paul J. Nicoletti | John Michael Bradshaw |
| NICOLETTI & ASSOCIATES, PLLC | OVERHAUSER LAW OFFICES, LLC |
| 36880 Woodward Ave., Ste. 100 | 740 W. Green Meadows Drive, Suite 300 |
| Bloomfield Hills, MI 48304 | Greenfield, IN 46140 |
| Tel.: (248) 203-7800 | Tel.: (317) 891-1500 |
| Email: paul@nicoletti-associates.com | Email: jbradshaw@overhauser.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2013, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


              By: */s/ Paul J. Nicoletti*
                 Paul J. Nicoletti